**No. 09-8734. Raymond D. Smith, Petitioner v. United States.**

561 U.S. 1010, 130 S. Ct. 3460, 177 L. Ed. 2d 1063, 2010 U.S. LEXIS 5079.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 348 Fed. Appx. 199.